COLLIER v. DOUGLAS.† (Circuit Court of Appeals, Fifth Circuit. December 10, 1912.) No. 2,399. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. Action at law by Marie Douglas against J. P. Collier. Judgment for plaintiff, and defendant brings error. Affirmed. C. B. Reeder and J. B. Dooley, both of Amarillo, Tex., for plaintiff in error. R. R. Hazlewood and J. H. Synnott, both of Amarillo, Tex., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. A majority of the judges are of opinion that this case was necessarily submitted to the jury, and that no reversible error appears in the charge of the court, either as to instructions actually given or instructions refused. Judgment affirmed.

---

DENECHAUD v. BOARD OF ADMINISTRATORS OF TULANE EDUCATIONAL FUND. (Circuit Court of Appeals, Fifth Circuit. January 7, 1913.) No. 2,368. In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. See, also, 195 Fed. 653. Claude L. Johnson, of New Orleans, La., for petitioner. Esmond Phelps, of New Orleans, La., for respondent. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The petition to review, on the authority of Martin v. Orgain, 174 Fed. 772, 98 C. C. A. 246, is denied.

---

EXCELSIOR DRUM WORKS et al. v. BORTLE et al. (Circuit Court of Appeals, Second Circuit. December 9, 1912.) No. 59. Appeal from the District Court of the United States for the Northern District of New York. This cause comes here upon appeal from a decree dismissing the bill of complaint. The suit is the usual one in equity for alleged infringement of letters patent No. 770,024, granted September 13th, 1904, to Ruggiero and Bongiorno for a horn for phonographs or similar machines, and of letters patent No. 784,385, granted March 7, 1905, for a trumpet for talking machines. The District Court held the several claims sued upon to be invalid for lack of invention, or, if valid, not infringed. The opinion of that court will be found in 190 Fed. 10. C. V. Edwards, of New York City, and John P. Croasdale, of Philadelphia, Pa., for appellants. H. P. Denison, of Syracuse, N. Y., for appellees. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. We concur in Judge Ray's reasoning and conclusions, and do not think it necessary to add anything to his discussion of the questions involved. The decree is affirmed, with costs.

† Rehearing denied January 28, 1913.